In the United States District Court
Western District of Louisiana
Shreveport Division

| | |
|---|---|
| Kathleen Malloy,<br>    Plaintiff<br><br>v.<br><br>S3 Power Sports, LLC, *et al.*,<br>    Defendants. | Cause No. 5:16-cv-00458<br><br>Judge Elizabeth E. Foote<br><br>Magistrate Karen L. Hayes<br><br>JURY DEMAND |

### Order

Considering the Stipulation of Dismissal filed by the parties:

IT IS HEREBY ORDERED that all claims by Plaintiffs Kathleen Malloy in the above-styled and numbered cause are hereby dismissed, with prejudice, with each party to bear its own attorney fees and costs.

SIGNED on the ___ day of _____ 20__.

_____
United States Magistrate Judge